MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

REYNA                           v.   CITICORP CREDIT SVCS.         No. 12-2855-CAB(WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL              RPTR. _____

                                Attorneys
    Plaintiffs                                              Defendants

Case settled.  Plaintiff's/Defendant's counsel to submit papers within 28 days.

A Settlement Disposition Conference will be held in this case on February 20, 2013, at 8:30 AM in the chambers of Magistrate Judge Gallo unless a signed Joint Motion for Dismissal of this case is filed and a copy of the signed Joint Motion is provided to the chambers of Magistrate Judge Gallo, prior to that time.

The ENE set for January 28, 2013 at 9:00 AM is VACATED.

DATED:  January 18, 2013

                                               _____
                                               Hon. William V. Gallo
                                               U.S. Magistrate Judge