# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Genovieve Reyna,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>Citicorp Credit Services, Inc. (USA), and Does 1 through 10, inclusive,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 12cv2855-CAB (WVG)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br>[Doc. No. 7] |

The joint motion for dismissal of action with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) [Doc. No. 7] is GRANTED in accord with the terms of the joint motion. Accordingly, the entire action is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to all claims asserted by Plaintiff against CCSI USA, and both parties shall bear their own attorneys' fees and costs as to the dismissed claims.

DATED: February 11, 2013

_____
**CATHY ANN BENCIVENGO**
United States District Judge